JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN CASTRO, | No. CV 08-3638-JFW(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| D. REES, M.D., et al., | |
| Defendant, | |

**IT IS ADJUDGED** that this action is dismissed, without prejudice, for failure to prosecute and failure to comply with Local Rule 41-6 and the orders of this court.

DATE: <u>April 3, 2012</u>

_____
JOHN F. WALTER
United States District Judge